UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

| | | |
|---|---|---|
| SYED SAFDAR, SURIYA SAFDAR, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:11-cv-01074 |
| | ) | Judge Samuel Der-Yeghiayan |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., | ) | Noting Date: August 4, 2011 |
| ET AL., | ) | 9:00 AM |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

Defendants filed an unopposed motion for an extension of time on July 20, 2011. Please take notice that on August 4, 2011, at 9:00 AM, I will appear before the Honorable Samuel Der-Yeghiayan in Room 1419 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in his place and stead, and then and there present Defendants' Unopposed Motion for A Third Extension of Time.

DATED: July 20, 2011                               Respectfully submitted,

                                                    TONY WEST
                                                    Assistant Attorney General
                                                    Civil Division

                                                    ELIZABETH J. STEVENS
                                                    Assistant Director, Office of Immigration Litigation
                                                    District Court Section

                                                    /s/ Regan Hildebrand
                                                    Regan Hildebrand
                                                    Trial Attorney
                                                    Missouri Bar Number 57438
                                                    Office of Immigration Litigation

District Court Section
U.S. Department of Justice
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-3797
Fax: (202) 616-8962
E-mail: Regan.Hildebrand@usdoj.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Regan Hildebrand, certify that on July 20, 2011, the above document was served on the following individual by the below identified method of service:

**Case Management Electronic Case Filing**

Robert T. Carpenter
Carpenter & Capt, Chartered
53 West Jackson Boulevard
Suite 1752
Chicago, IL 60604
Phone: (312) 803-5110
Email: rcarpenter@carpenterandcapt.com

/s/ Regan Hildebrand
Regan Hildebrand
Trial Attorney
Missouri Bar Number 57438
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-3797
Fax: (202) 616-8962
E-mail: Regan.Hildebrand@usdoj.gov

Attorney for Defendants